IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PUEBLO OF SAN FELIPE, a Federally
Recognized Indian Tribe,

       Plaintiff,

vs.                                         No. CIV 23-0296 JB/LF

DEBRA HAALAND, Secretary of the Interior;
ROBERT ANDERSON, Solicitor, Department
of the Interior; TRACY STONE-MANNING,
Director, Bureau of Land Management; JERRY
GIDNER, Director, Bureau of Trust Funds
Administration; DARRYL LACOUNTE,
Director, Bureau of Indian Affairs; PATRICIA
MATTINGLY, Acting Regional Director,
Bureau of Indian Affairs Southwest Region;
SANTEE LEWIS, Superintendent, Bureau of
Indian Affairs Southern Pueblos Agency, and
DEPARTMENT OF THE INTERIOR,

       Defendants,

--and--

PUEBLO OF SANTA ANA,

       Intervenor-Defendant.

**MEMORANDUM OPINION AND ORDER**

     **THIS MATTER** comes before the Court on the Intervenor-Defendant Pueblo of Santa

Ana's Motion to Reconsider, In Part, Court's Order of March 21, 2025 and Memorandum In

Support, filed April 7, 2025 (Doc. 105)("Motion to Reconsider").  The Court holds a hearing on

May 20, 2025.  See Clerk's Minutes at 1, filed May 20, 2025 (Doc. 116).  Defendants Debra

Haaland, Secretary of the Interior; Robert Anderson, Solicitor, Department of the Interior; Tracy

Stone-Manning, Director, Bureau of Land Management; Jerry Gidner, Director, Bureau of Trust

Funds Administration; Darryl Lacounte, Director, Bureau of Indian Affairs; Patricia Mattingly,

Acting Regional Director, Bureau of Indian Affairs Southwest Region; Santee Lewis, Superintendent, Bureau of Indian Affairs Southern Pueblos Agency, and the Department of the Interior ("Federal Defendants"), support the Motion to Reconsider insofar as it disallows San Felipe's APA claim to "add actions that occurred before April 5, 2017." Federal Defendants' Response to Pueblo of Santa Ana's Motion to Reconsider, In Part, The Court's March 21, 2025, Order at 2, filed April 21, 2025 (Doc. 109). Plaintiff Pueblo of San Felipe opposes the Motion to Reconsider. See Plaintiff's Response to Defendant-Intervenor's Motion to Reconsider In Part the Court's March 21, 2025, Order at 1, filed May 5, 2025 (Doc. 114). The primary issue is whether the Court should reconsider its ruling granting the Pueblo of San Felipe leave to amend its complaint to assert a claim under the Administrative Procedure Act, 5 U.S.C. § 706(2)(B), challenging the Interior Solicitor Opinion M-37027 ("Tompkins Opinion"), issued on June 7, 2013. See Motion to Reconsider at 1. For the reasons stated on the record at the hearing, see Draft Transcript of Hearing at 3:1-10:5 (taken December 4, 2025)(Court)("December 4, 2025, Tr.")[1], the Court grants the Motion to Reconsider.

IT IS ORDERED that: (i) the request in the Intervenor-Defendant Pueblo of Santa Ana's Motion to Reconsider, In Part, Court's Order of March 21, 2025 and Memorandum In Support, filed April 7, 2025 (Doc. 105), is granted; (ii) San Felipe Pueblo may pursue APA claims challenging the implementation of the Tompkins Opinion -- whether the BLM properly conducts the land resurvey in compliance with the Tompkins Opinion; and (iii) San Felipe Pueblo may not pursue APA claims challenging the validity of the Tompkins Opinion itself.

---

[1] The Court's citations to the transcript of the hearing refer to the court reporter's original, unedited version. Any final transcript may contain slightly different page and/or line numbers.

- 2 -

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Judith Amy Shapiro
Judith A. Shapiro, Esq.
Washington, DC

-- and --

Thomas Nitschke
Dragonfly Law Group, P.C.
Rapid City, South Dakota

-- and --

Annette T. Brown
Timothy J. Humphrey, Sr.
Stetson Law Offices, P.C.
Albuquerque, New Mexico

-- and --

Tim Hennessy
Steven J. Bloxham
Peebles Kidder Bergin & Robinson
Sacramento, California

-- and --

Rebecca L. Kidder
Michael Robinson
Peebles Kidder Bergin & Robinson
Rapid City, South Dakota

      *Attorneys for the Plaintiff*

Devon Lehman McCune
United States Department of Justice
Environmental & Natural Resources Division
Washington, D.C.

    *Attorneys for the Defendants*

Richard W. Hughes
Allison K. Athens
Rothstein Donatelli LLP
Santa Fe, New Mexico

    *Attorneys for the Intervenor-Defendant*